FILED
August 17, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANGEL PANTOJA-LOPEZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-00258-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Angel Pantoja-Lopez</u>; Case <u>2:11-mj-00258-EFB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of _____

  _X_   Unsecured Appearance Bond in the amount of $25,000, co-signed by

    *Elena Pantoja*

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond secured by Real Property

  __   Corporate Surety Bail Bond

  _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at   <u>Sacramento, CA</u>   on   8/17/11   at   3:25pm  .

By _____
Lawrence G. Brown
Sacramento Superior Court Judge